## UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| THEOPHILUS BREWER and | ) | Bankruptcy No. 17 B 18080 |
| TIFFANY BENSON, | ) | |
| | ) | |
| Debtors. | ) | Honorable Jacqueline P. Cox |

### CERTIFICATE OF SERVICE

      The undersigned certifies that on August 9, 2018, she caused a copy of the attached Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) to be served upon each person shown on the attached service list by first class United States mail, with postage prepaid.  Those marked with an * were served via the Court's ECF System.

Date:  August 9, 2018                                               _/s/ Rachel A. Leibowitz_
                                                                                        Paralegal

Lakelaw
53 West Jackson Boulevard, Suite 1115
Chicago, IL 60604
847.249.9100

**SERVICE LIST**

Tiffany Benson
1236 S. Throop
Chicago, IL 60608-1423

Theophilus Brewer
1236 S. Troop
Chicago, IL 60608-1423

Exeter Finance LLC
P.O. BOX 167399
IRVING, TX 75016

US Department of Education
c/o Nelnet
121 South 13th Street, Suite 201
Lincoln, NE 68508

US Department of Education
P O Box 16448
Saint Paul, MN 55116-0448

T MOBILE
CO AMERICAN INFOSOURCE LP
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027 *

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702 *