UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 17-18080 |
|---|---|---|
| THEOPHILUS BREWER | § | |
| TIFFANY BENSON | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,200.00 | Assets Exempt: | $2,975.00 |
| Total Distributions to Claimants: | $5,222.90 | Claims Discharged Without Payment: | $54,337.65 |
| Total Expenses of Administration: | $1,487.50 | | |

3)  Total gross receipts of $14,912.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $8,201.60 (see **Exhibit 2),** yielded net receipts of $6,710.40 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $2,200.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,487.50 | $1,487.50 | $1,487.50 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $400.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $55,313.00 | $21,847.55 | $21,847.55 | $5,222.90 |
| **Total Disbursements** | $57,913.00 | $23,335.05 | $23,335.05 | $6,710.40 |

4). This case was originally filed under chapter 7 on 06/14/2017. The case was pending for 17 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>11/19/2018</u>     By:   <u>/s/ David P. Leibowitz</u>
                                        Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2017 Federal Income Tax Refund - Theophilus Brewer | 1224-000 | $5,949.00 |
| 2017 Federal Income Tax Refund - Tiffany Benson | 1224-000 | $8,963.00 |
| **TOTAL GROSS RECEIPTS** | | **$14,912.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| THEOPHILUS BREWER | Funds to Third Parties | 8500-002 | $3,271.95 |
| TIFFANY BENSON | Funds to Third Parties | 8500-002 | $4,929.65 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$8,201.60** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Midwest Title Loans | 4110-000 | $2,200.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$2,200.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,421.04 | $1,421.04 | $1,421.04 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $27.04 | $27.04 | $27.04 |
| Green Bank | 2600-000 | NA | $39.42 | $39.42 | $39.42 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,487.50** | **$1,487.50** | **$1,487.50** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Human Services | 5800-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| | Quiara Rawls c/o Illinois Department of Human Services | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $400.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | US Department of Education c/o Nelnet | 7100-000 | $2,588.00 | $3,544.49 | $3,544.49 | $847.35 |
| 2 | T Mobile/T-Mobile USA Inc | 7100-000 | $1,000.00 | $1,018.70 | $1,018.70 | $243.53 |
| 3 | US Department of Education | 7100-000 | $4,518.00 | $7,389.69 | $7,389.69 | $1,766.59 |
| 4 | Exeter Finance LLC | 7100-000 | $9,894.00 | $9,894.67 | $9,894.67 | $2,365.43 |
| | AD ASTRA RECOVERY SERV | 7100-000 | $1,489.00 | $0.00 | $0.00 | $0.00 |
| | AD ASTRA RECOVERY SERV | 7100-000 | $834.00 | $0.00 | $0.00 | $0.00 |
| | AFNI, INC. | 7100-000 | $1,302.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | AT&T | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | Brown Realty, Inc. | 7100-000 | $625.00 | $0.00 | $0.00 | $0.00 |
| | Capital One | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| | City of Chicago Parking | 7100-000 | $4,500.00 | $0.00 | $0.00 | $0.00 |
| | ComEd | 7100-000 | $900.00 | $0.00 | $0.00 | $0.00 |
| | CREDIT CONTROL SERVICE | 7100-000 | $163.00 | $0.00 | $0.00 | $0.00 |
| | CREDIT MANAGEMENT LP | 7100-000 | $475.00 | $0.00 | $0.00 | $0.00 |
| | CREDITORS DISCOUNT & A | 7100-000 | $1,320.00 | $0.00 | $0.00 | $0.00 |
| | DEPT OF EDUCATION/N | 7100-000 | $2,242.00 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | ELN | | | | | |
| | DEPT OF EDUCATION/N ELN | 7100-000 | $1,300.00 | $0.00 | $0.00 | $0.00 |
| | Dish Network | 7100-000 | $400.00 | $0.00 | $0.00 | $0.00 |
| | ENHANCED RECOVERY CO L | 7100-000 | $1,113.00 | $0.00 | $0.00 | $0.00 |
| | ENHANCED RECOVERY CO L | 7100-000 | $817.00 | $0.00 | $0.00 | $0.00 |
| | FIRST PREMIER BANK | 7100-000 | $449.00 | $0.00 | $0.00 | $0.00 |
| | G C SERVICES | 7100-000 | $1,220.00 | $0.00 | $0.00 | $0.00 |
| | Honor Finance | 7100-000 | $8,228.00 | $0.00 | $0.00 | $0.00 |
| | Illinois Tollway | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| | JEFFERSON CAPITAL SYST | 7100-000 | $1,241.00 | $0.00 | $0.00 | $0.00 |
| | Midwest Title Loans | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| | NORTHWEST COLLECTORS | 7100-000 | $234.00 | $0.00 | $0.00 | $0.00 |
| | RENT RECOVER | 7100-000 | $1,361.00 | $0.00 | $0.00 | $0.00 |
| | Title Max | 7100-000 | $1,800.00 | $0.00 | $0.00 | $0.00 |
| | TMobile | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $55,313.00 | $21,847.55 | $21,847.55 | $5,222.90 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 17-18080 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BREWER, THEOPHILUS AND BENSON, TIFFANY | Date Filed (f) or Converted (c): | 06/14/2017 (f) |
| For the Period Ending: | 11/19/2018 | §341(a) Meeting Date: | 07/13/2017 |
| | | Claims Bar Date: | 06/20/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2000 Mercedes S500 129,000 | $3,200.00 | $0.00 | | $0.00 | FA |
| 2 | Used Furniture | $700.00 | $0.00 | | $0.00 | FA |
| 3 | Misc. Electronics | $575.00 | $0.00 | | $0.00 | FA |
| 4 | Misc. Clothing | $500.00 | $0.00 | | $0.00 | FA |
| 5 | Misc. Jewelry | $200.00 | $0.00 | | $0.00 | FA |
| 6 | Other financial account: Netspend | $0.00 | $0.00 | | $0.00 | FA |
| 7 | Other financial account:Netspend | $0.00 | $0.00 | | $0.00 | FA |
| 8 | 2017 Federal Income Tax Refund - Tiffany Benson (u) | $0.00 | $4,033.35 | | $8,963.00 | FA |
| Asset Notes: | Debtor's Pro-Rated Portion: $4929.65 | | | | | |
| 9 | 2017 Federal Income Tax Refund - Theophilus Brewer (u) | $0.00 | $2,677.05 | | $5,949.00 | FA |
| Asset Notes: | Debtor's Pro-Rated Portion: $3,271.95 | | | | | |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**
$5,175.00         $6,710.40               $14,912.00         $0.00

**Major Activities affecting case closing:**

05/24/2018   2018 Reporting Period:
Trustee's Final Report submitted for review on July 16, 2018.

**Initial Projected Date Of Final Report (TFR):**   03/14/2019      **Current Projected Date Of Final Report (TFR):**      /s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 17-18080 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BREWER, THEOPHILUS AND BENSON, TIFFANY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7435 | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | **-***7436 | Account Title: | |
| For Period Beginning: | 6/14/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/19/2018 | | US Treasury | 2017 Federal Tax Refund [Tiffany Benson] | * | $8,963.00 | | $8,963.00 |
| | {8} | | Estate Portion - 2017 Federal Tax Refund [Tiffany Benson]    $4,033.35 | 1224-000 | | | $8,963.00 |
| | {8} | | Debtor's Pro-Rated Portion - 2017 Federal Tax Refund [Tiffany Benson]    $4,929.65 | 1280-002 | | | $8,963.00 |
| 03/21/2018 | 3001 | TIFFANY BENSON | Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund | 8500-002 | | $4,929.65 | $4,033.35 |
| 03/28/2018 | | United States Treasury | 2017 Federal Income Tax Refund [Theophilus Brewer] [less portion set off by IRS to pay back child support] | * | $5,949.00 | | $9,982.35 |
| | {9} | | Estate Portion - 2017 Federal Income Tax Refund [Theophilus Brewer]    $2,677.05 | 1224-000 | | | $9,982.35 |
| | {9} | | Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund [Theophilus Brewer]    $3,271.95 | 1280-002 | | | $9,982.35 |
| 03/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $7.05 | $9,975.30 |
| 04/04/2018 | 3002 | THEOPHILUS BREWER | Debtor's Pro-Rated Portion - 2017 Federal Income Tax Refund [Theophilus Brewer] | 8500-002 | | $3,271.95 | $6,703.35 |
| 04/30/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $10.80 | $6,692.55 |
| 05/31/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $10.79 | $6,681.76 |
| 06/29/2018 | | Green Bank | Bank Service Fee | 2600-000 | | $10.78 | $6,670.98 |
| 09/06/2018 | 3003 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $27.04 | $6,643.94 |
| 09/06/2018 | 3004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,421.04 | $5,222.90 |
| 09/06/2018 | 3005 | US Department of Education c/o Nelnet | Claim #: 1; Amount Claimed: $3,544.49; Distribution Dividend: 23.91%; | 7100-000 | | $847.35 | $4,375.55 |
| 09/06/2018 | 3006 | T Mobile/T-Mobile USA Inc | Claim #: 2; Amount Claimed: $1,018.70; Distribution Dividend: 23.91%; | 7100-000 | | $243.53 | $4,132.02 |
| 09/06/2018 | 3007 | US Department of Education | Claim #: 3; Amount Claimed: $7,389.69; Distribution Dividend: 23.91%; | 7100-000 | | $1,766.59 | $2,365.43 |
| 09/06/2018 | 3008 | Exeter Finance LLC | Claim #: 4; Amount Claimed: $9,894.67; Distribution Dividend: 23.91%; | 7100-000 | | $2,365.43 | $0.00 |
| | | | **SUBTOTALS** | | $14,912.00 | $14,912.00 | |

**FORM 2**  Page No: 2   Exhibit 9

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-18080 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BREWER, THEOPHILUS AND BENSON, TIFFANY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7435 | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | **-***7436 | Account Title: | |
| For Period Beginning: | 6/14/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | TOTALS: | | $14,912.00 | $14,912.00 | $0.00 |
|---|---|---|---|---|---|---|---|
|  |  |  | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
|  |  |  | Subtotal | | $14,912.00 | $14,912.00 | |
|  |  |  | Less: Payments to debtors | | $0.00 | $0.00 | |
|  |  |  | Net | | $14,912.00 | $14,912.00 | |

For the period of **6/14/2017** to **11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,710.40 |
| Total Non-Compensable Receipts: | $8,201.60 |
| Total Comp/Non Comp Receipts: | $14,912.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,710.40 |
| Total Non-Compensable Disbursements: | $8,201.60 |
| Total Comp/Non Comp Disbursements: | $14,912.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

For the entire history of the account between **03/19/2018** to **11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,710.40 |
| Total Non-Compensable Receipts: | $8,201.60 |
| Total Comp/Non Comp Receipts: | $14,912.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,710.40 |
| Total Non-Compensable Disbursements: | $8,201.60 |
| Total Comp/Non Comp Disbursements: | $14,912.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 17-18080 | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | BREWER, THEOPHILUS AND BENSON, TIFFANY | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***7435 | Checking Acct #: | ******8001 |
| Co-Debtor Taxpayer ID #: | **-***7436 | Account Title: | |
| For Period Beginning: | 6/14/2017 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 11/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $14,912.00 | $14,912.00 | $0.00 |

**For the period of 6/14/2017 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,710.40 |
| Total Non-Compensable Receipts: | $8,201.60 |
| Total Comp/Non Comp Receipts: | $14,912.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,710.40 |
| Total Non-Compensable Disbursements: | $8,201.60 |
| Total Comp/Non Comp Disbursements: | $14,912.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/14/2017 to 11/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $6,710.40 |
| Total Non-Compensable Receipts: | $8,201.60 |
| Total Comp/Non Comp Receipts: | $14,912.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $6,710.40 |
| Total Non-Compensable Disbursements: | $8,201.60 |
| Total Comp/Non Comp Disbursements: | $14,912.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ